# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRON, Plaintiff, v. DOOLIN, et al., Defendants. | No. 2:19-cv-0418 MCE CKD P ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On March 27, 2019, the court granted plaintiff 21 days within which to inform the court whether he wishes to proceed on claims arising under the Fourteenth Amendment against defendants Doolin and Escobar or file an amended complaint. Plaintiff was informed that failure to inform the court within 21 days as to how plaintiff wishes to proceed would result in this action proceeding against Doolin and Escobar and the court recommending that all other defendants identified in plaintiff's original complaint be dismissed. Plaintiff has not responded to the court's order.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Doolin and Escobar.

2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Three copies of the complaint.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all defendants other than Doolin and Escobar be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 29, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/barr0418.1

|  |  |
|---|---|
| DANIEL BARRON,<br><br>        Plaintiff,<br><br>  v.<br><br>DOOLIN, et al.,<br><br>        Defendants. | No. 2:19-cv-0418 MCE CKD P<br><br><br><br>NOTICE OF SUBMISSION<br><br>OF DOCUMENTS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff submits the following documents in compliance with the court's order filed
_____:

   \_\_\_\_       completed summons form

   \_\_\_\_       completed USM-285 forms

   \_\_\_\_       copies of the _____
                               Complaint

DATED:


                                       _____
                                         Plaintiff